COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Hon. James R. Lestage
District Attorney 36th JDC
P. O. Box 99
DeRidder LA 70634

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 30, 2019

**REHEARING ACTION: January 30, 2019**

**Docket Number: 18   00250-KA**

**STATE OF LOUISIANA
VERSUS
ADRIAN A. DORSEY
A/K/A ADRIAN ANTON DORSEY**

**Appealed from Beauregard Parish Case No. CR-2016-500**

**BEFORE JUDGES:**

 **Hon. Sylvia R. Cooks
Hon. John E. Conery
Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by the **State of Louisiana** is:

 **REHEARING DENIED.**
 Savoie, J., would grant the rehearing.

Also, you are hereby notified that the ruling on the motion for en banc rehearing filed by

the **State of Louisiana** is:

 **DENIED.**

cc: Adrian A. Dorsey, Pro Se
 Edward Kelly Bauman, Counsel for the Appellant